SANDEEP PUNIA, A215-655-596
La Palma Detention Center
5501 North La Palma Road.
Eloy, AZ 85131.
Phone: (520) 464-3200.
<u>Mailing Address</u>
Box 6801, Orange, CA 92863
Tel: (714) 476-9992
Petitioner, In Pro Per

```
┌──────────────────────────────┐
│ _X_ FILED      ___ LODGED     │
│    RECEIVED    ___ COPY       │
│                               │
│        OCT 17 2019            │
│                               │
│   CLERK U S DISTRICT COURT    │
│      DISTRICT OF ARIZONA      │
│ BY_____ DEPUTY     │
└──────────────────────────────┘
```

# UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA
## U.S. Courthouse, Suite 130
## 401 West Washington Street, SPC 1
## PHOENIX, AZ 85003-2118

| | |
|---|---|
| **SANDEEP PUNIA**<br>(A215-655-596)<br><br>         Petitioner,<br><br>vs.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY (**DHS**); U.S. ATTORNEY GENERAL; DIRECTOR OF IMMIGRATION & NATURALIZATION SERVICE (**USCIS**),<br><br>         Respondents | Civil Case No.:<br><br>**CV-19-05421-PHX-DWL--JFM**<br><br><br>**PETITIONER'S ORIGINAL**<br>**COMPLAINT FOR WRIT IN THE**<br>**NATURE OF MANDAMUS** |

COMES NOW **SANDEEP PUNIA**, petitioner in the above-styled and numbered case, and for cause of action would show unto the Court to following:

1.    The mandamus proceeding seeks *writ* to compel action on a man's ASYLUM credible fear determination by "Director" of United States Citizenship and Naturalization Service (USCIS), Arlington, VA, who has improperly withheld decision, pursuant to **8 C.F.R.§235.3(b)(4)(ii)** to **reconsider negative credible fear finding** of persecution on the attached asylum (Form I-589) corroborating affidavits, marked and attached hereto as **Exhibit A**, which was properly executed

and filed by petitioner. Absent **favorable credible fear finding** of persecution, petitioner is not bondable but subject to **expedited physical removal** to India.

2. Respondent is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security, and its Director,

3. Petitioner is detained at **La Palma Detention Center, Eloy, AZ** 85131, for entering USA without inspection from Mexico, with alien no. is **A215-655-596**, place of birth is India. Soon after entry, USCIS asylum officer initially found petitioner to lack credible fear of persecution, during custodial interrogation, without petitioner's counsel present, with the assistance of language interpreter, as petitioner does not speak or understand English. Answers and questions are attached hereto, and marked as **Exhibit B,** predicate for Asylum officer's finding that petitioner lack credible fear or reasonable possibility (10% or more) of persecution on removal to India, because petitioner did not have corroborating affidavits to substantiate his asylum story.

4. Next, Immigration Judge in Eloy, AZ, affirmed negative credible fear finding by asylum officer, to enter **Order of Removal**, because petitioner was not given an opportunity to corroborate his testimony with officer records from his minority Political Party and Doctor. *See* **Exh. C.**

5. Next, petitioner hired an attorney to file petition for review of removal order, and get **Order to Stay** Removal, from the U.S. Court of Appeals for the 9th Circuit. *See* **Exh. C.**

6. Next petitioner's 9th Cir. attorney helped with discovery and obtained official records from petitioner's political party and doctor in India, to corroborate his asylum claim. *See* **Exh. A.**

7. **Petitioner contends** that his detention, lack of opportunity to timely engage an immigration attorney who spoke petitioner's language, lack of money to call India, **prevented petitioner to discover Corroborating Affidavits** from his political party and doctor to substantiate his asylum claim to the satisfaction of asylum officer or immigration judge who were **too quick to enter expedited removal order, without eliciting sufficient details** about his asylum claim under totality of circumstances, **depriving** petitioner of right to fair credible fear hearing

2

1    under **the 5th Amendment procedural due process.**

2    8.    **Jurisdiction** in this case is proper under 28 USC §§1331 and 1361, 5 USC §701

3          *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

4    9.    **Venue** is proper in this court, pursuant to 28 USC §1391(e), in that this is an

5          action against officers and agencies of the United States in their official

6          capacities, brought in the District where the petitioner resides and where a

7          substantial part of the events or omissions giving rise to petitioner's claim

8          occurred. More specifically, Petitioner's application for ASYLUM – Form I-589-

9          comprised set of questions by USCIS asylum officer about petitioner's political

10         activities in India, petitioner's injuries or persecution caused by ruling political

11         party members, for petitioner's failure to leave his minority political party (INLD

12         Party) and join/support the ruling political party (BJP) in India. To Petitioner's

13         knowledge, credible fear redetermination by asylum officer in consideration of

14         the newly-discovered attached corroborating Certificates (as official records) in

15         **Exhibit A** from his Political Party and Doctor remains are still pending with the

16         Arlington Office of USCIS, where the asylum officer are located.

17   10.   **EXHAUSTION OF REMEDIES**: Petitioner has exhausted his administrative

18         remedies. Petitioner has, through his attorney and local Congressman, made

19         numerous inquiries concerning the status of the credible fear redetermination for

20         petition I-589 but to no avail. ***See* Exh. D.**

21
                                           **CAUSE**

22   11.   Petitioner is over 21, native and citizen of India. He entered the United States

23         without inspection from Mexico, was detained by ICE in Eloy, AZ, at LaPalma

24         Detention Center, since unlawful entry, seeking political asylum.

25   12.   Petitioner is *prima facie* eligible for asylum claim, based on reasonable

26         consideration of the corroborating affidavits by his political party and doctor, in

27         Exh. A, which indicate irreparable harm to petitioner by ruling Govt. Political

28         Party, because petitioner intends to remain active in his minority political party.

     13.   USCIS Director's asylum officer received Petitioner's corroborating affidavits
           which show a clear probability of persecution.

     14.   Petitioner still in detention in Eloy, Az, for over six months, awaits the decision of

PETITION FOR WRIT OF MANDAMUS

USCIS asylum officer.

15.   Petitioner's father and mother are in the USA, also seeking asylum, and have sought assistance of counsel to expedite decision by USCIS asylum officer on credible fear finding by consideration of  the newly discovered corroborating affidavits, in Exh. A, pursuant to **8 C.F.R.§235.3(b)(4)(ii), because favorable finding of credible fear would let petitioner seek asylum and bond in USA, instead of expedited physical removal to face fear of getting killed in India, where petitioner will resume his political actiovities.**

16.   In Exh. A,  affidavits clearly show that petitioner Sandeep Punia escaped death, while some of his co-workers were killed by ruling Govt., party members.

17.   Petitioner had no alternative but, at the suggestion of some immigration judge, file the instant petition for writ of mandamus, to avoid irreparable harm to Sandeep Singh on immediate physical exclusion from USA for next 10 years, causing physical separation, extreme hardship to his parents in USA.

## PRAYER

WHEREFORE, in view of the arguments and authority noted herein, Petitioner respectfully pray that the Respondent be Ordered to render its credible fear finding on the corroborating affidavits to permit pursuit of asylum claim before an immigration judge, and potential bond,  or grant such other relief at law and in equity as justice may require.

Respectfully submitted,

SANDEEP PUNIA
Petitioner, In Pro Per

4

PETITION FOR WRIT OF MANDAMUS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR WRIT OF MANDAMUS

# LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| A | Newly discovered Corroborating Affidavits to establish credible fear of Persecution in pursuit of Asylum Claim |
| B | Immigration Judge Expedited Removal Order |
| C | Order to Stay Removal, by 9th Cir. U.S. Court of Appeals |
| D | Father/mother in US request Congress assistance for son's release, the petitioner. likely to be killed on removal |
| E | Country Conditions, other evidence of persecution |

PETITION FOR WRIT OF MANDAMUS

1

2

3

# UNITED STATES DISTRICT COURT

# PHOENIX, ARIZONA

4

5

6

7

8

9

10

11

12

| | |
|---|---|
| **SANDEEP  PUNIA**<br>(A215-655-596)<br><br>                    Petitioner,<br><br>vs.<br><br>SECRETARY OF THE DEPARTMENT OF<br>HOMELAND  SECURITY (**DHS**); U.S.<br>ATTORNEY GENERAL; DIRECTOR OF<br>IMMIGRATION & NATURALIZATION<br>SERVICE (**USCIS**),<br><br>                    Respondents | Civil Case No.:<br><br><br><br>**AFFIRMANCE OF SERVICE**<br><br><br><br>_____ |

13

14

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE SERVED A COPY OF THE

ATTACHED

15

     **Summons, PETITION FOR WRIT OF MANDAMUS and its attachments**

16

UPON THE FOLLWING persons:

17

18

   1.  **U.S. Attorney Office, Federal Building, 75 Spring Street, S.W.**

       **Suite 600, Atlanta, GA 30303-3309, Tel: 404.581.6000, Fax: 404.581.6181**

19

   2.  **U.S. Attorney General,  Oil-CIVIL, Box 878, Washington, D.C. 20044**

20

   3.  **Secretary, U.S. Dept. of Homeland Security, Washington, D.C. 20528**

21

   4.  **USCIS Director, Asylum Office, 800-375-5283**

22

       **1525 Wilson Blvd., Mailbox 2455**

23

       **Arlington, VA 20598-2500**

24

   **By U.S.Post Office mail on** $\underline{10-14-}$ **2019**

25

26

                $\underline{2330\ South\ 7\ St\ PHILADELPHIA}$

   **Address**  $\underline{19148\ .\ PA.}$

27

                _____

28

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR WRIT OF MANDAMUS

**DO NOT REPRODUCE OR REDISTRIBUTE—DO NOT REPRODUCE OR REDISTRIBUTE**



### United States Senator Bob Casey
### Case Information and Privacy Act Release Form

**Please return to our office either by email, fax, or U.S. mail.**
**Office of U. S. Senator Bob Casey**
**200 North Third Street, Suite 14-A**
**Harrisburg, PA 17101**
**(717) 231-7542 (fax)**

**Submitting this form to other offices will result in unnecessary delays.**
**THIS FORM WILL BE SENT TO THE DEPARTMENT OR AGENCY IN QUESTION**

The Privacy Act of 1974 is a federal law designed to protect you from any unauthorized use and exchange of personal information by federal agencies. Any information that a federal agency has on file regarding your dealings with the United States government may not, with a few exceptions, be given to another agency or Member of Congress without your written permission. Family members, friends, or other interested parties generally may not authorize on your behalf the release of information covered by the Privacy Act.

I hereby request the assistance of Senator Casey's Office of Constituent Services to resolve the matter described on Page 2. I authorize Senator Casey and his staff to receive any information they might need to provide this assistance.
I certify that the information I have provided to Senator Casey and his staff is true and accurate to the best of my knowledge and belief. The assistance I am requesting from Senator Casey's office is in no way an attempt to evade or violate any federal, state, or local law.
If applicable, I acknowledge that by signing this release I am knowingly waiving my confidentiality protection under §1367. I permit Senator Casey and his staff to be the new custodian of this information.

In order for our office to be of assistance, the below information is required by the Department of State and/or the Department of Homeland Security. Please be sure to complete the form in its entirety.

### Please complete the following information in BLACK INK ONLY.

SIGNATURE: *Sandeep Punia*                    DATE: 08/12/19
(In black ink only; we cannot accept electronic signatures)

Mr. ✓ Ms. ____ Name: (please print) *Sandeep Punia*    Date of Birth: 4/20/1993
(Place checkmark on the line)

Address: *La Palma Correction Center, 5501 N La Palma Rd*

City: *Eloy*    State: *AZ* Zip Code: *85131* E-mail Address: _____

Phone Number(s): _____    Country of Origin: _____

Federal Agency: Department of State / (Department of Homeland Security) Case#/Form#: _____

USCIS Receipt/ Number (if applicable): _____ Date of Filing: _____ Alien#: *215-655-596*

Employer Identification Number (if applicable): _____ Passport Number (if applicable): _____

*Revised 1/19*                    **Page 1 of 2**                    **(TA)**

DO NOT REPRODUCE OR REDISTRIBUTE—DO NOT REPRODUCE OR REDISTRIBUTE



**United States Senator Bob Casey**
**Case Information and Privacy Act Release Form**

## THIS FORM WILL BE SENT TO THE DEPARTMENT OR AGENCY IN QUESTION

NAME: (please print) _Sandeep Punia_ DATE: _8/12/19_

Have you worked with our office in the past? YES: _____ NO: _✓_ If so, what was the nature of your previous issue?

Please list the federal agency and/or department involved:_____

Do you currently have a case pending before a local, state or federal court pertaining to this matter?

YES: _____ NO: _____ If yes, please explain_____

Have you contacted any other Member of Congress regarding your case? YES: _✓_ NO: _____

If yes, who have you contacted and when? _Congresswoman Mary Gay Scanlan_

**In your own words, please describe the problem for which you are requesting assistance.** You may attach up to 5 additional sheets if necessary. Documentation sent to this office will be electronically archived and then shredded. **Do not send originals.**

I came to the US seeking asylum. My case was denied,
I am in detention even though I have a sponsor in
Philadelphia to support me. (See attached documents)

**Please describe what you have done to resolve your problem with the federal department or agency in question.** You should include dates of contacts, telephone calls, emails, faxes, and the names of any individuals with whom you have spoken. Send a copy of your latest correspondence from or to the department or agency in question. Do not send originals.

(See attached documents)

**Specifically state the assistance you request from our office and the outcome you desire.**

Assistance getting released from detention
while awaiting asylum appeal, and an
update on the appeal.

*Revised 1/19*        **Page 2 of 2**        **(TA)**



# U.S. CONGRESSWOMAN MARY GAY SCANLON
# PRIVACY ACT RELEASE

Name: _Sandeep Punia_     Circle One: (Mr) Mrs. Miss Ms. Dr.

Address: _La Palma Correction Center, 5501 N La Palma Rd_

City and Zip Code: _Eloy Az 85131_     Date of Birth: _4/20/1993_

Country of Birth: _India_

Daytime Phone: _____ Evening Phone: _____

Email Address: _____

Social Security Number: _____ Case or Claim Number: _____

---

Housing Loan#: _____ Name of Bank: _____

IRS Case #: _____ Specific Years in Question: _____

Social Security Case #: _____ New Enrollment? YES  NO  Date: _____

Immigration File#: _215-655-5916 (A#)_

Military Rank: _____ Branch: _____ Years of Service: _____ Last Post: _____

Retirement/Separation Date: _____ Disabled: YES  NO  Percentage: _____

---

Have you contacted another Congressional or Senatorial office regarding this matter? (YES)  NO

    If yes, which office? _Sen. Casey_

Brief description of the problem (you may attach additional pages or copies of related documents):

_Assistance getting released from detention_
_on bond while awaiting asylum case._
_Also updated status on asylum appeal._

**Section below to be completed by the person who is the subject of the records:**

I certify under penalty of perjury, that I provided, or authorized, all the information in this privacy release and any document submitted with it; I reviewed and understand all of the information contained in my privacy release and submitted with it; and all of this information is complete, true, and correct.

Signature _Sandeep Punia_     Date _08/12/19_

I hereby authorize Congresswoman Scanlon and her staff to work on my behalf with any federal agency relevant to the matter described above, to receive and review any information contained in my file and, if necessary, to forward any pertinent correspondence sent by me regarding this matter.

1   SANDEEP  PUNIA, A215-655-596
    La Palma Detention Center
2   5501 North La Palma Road.
    Eloy, AZ 85131.
3   Phone: (520) 464-3200.
    <u>Mailing Address</u>
4   Box 6801, Orange, CA 92863
    Tel: (714) 476-9992
5   Petitioner, In Pro Per

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                          **PHOENIX, ARIZONA**

11

12  **SANDEEP  PUNIA**                    **Civil Case No.:**
    (A215-655-596)
13                          Petitioner,

14  vs.

15  SECRETARY OF THE DEPARTMENT OF
16  HOMELAND  SECURITY (DHS); U.S.              **PETITIONER'S ORIGINAL**
    ATTORNEY GENERAL; DIRECTOR OF
17  IMMIGRATION & NATURALIZATION             **COMPLAINT FOR WRIT IN THE**
    SERVICE (USCIS),
18                                            **NATURE OF MANDAMUS**
19                          Respondents

20

21      COMES NOW **SANDEEP  PUNIA**, petitioner in the above-styled and numbered case,

22  and for cause of action would show unto the Court to following:

23      1.      The mandamus proceeding seeks *writ* to compel action on a man's ASYLUM

24          credible fear determination by "Director" of United States Citizenship and

25          Naturalization Service (USCIS), Arlington, VA, who has improperly withheld

26          decision, pursuant to  **8 C.F.R.§235.3(b)(4)(ii)** to **reconsider negative credible**

27          **fear finding** of persecution on the attached asylum (Form I-589) corroborating

            affidavits, marked and attached hereto as **Exhibit A**, which was properly executed

28          and filed by petitioner. Absent **favorable credible fear finding** of persecution,

                                          ⊥

petitioner is not bondable but subject to **expedited physical removal** to India.

2. Respondent is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security, and its Director,

3. Petitioner is detained at **La Palma Detention Center, Eloy, AZ** 85131, for entering USA without inspection from Mexico, with alien no. is **A215-655-596**, place of birth is India. Soon after entry, USCIS asylum officer initially found petitioner to lack credible fear of persecution, during custodial interrogation, without petitioner's counsel present, with the assistance of language interpreter, as petitioner does not speak or understand English. Answers and questions are attached hereto, and marked as **Exhibit B,** predicate for Asylum officer's finding that petitioner lack <u>credible fear</u> or reasonable possibility (10% or more) of persecution on removal to India, because petitioner did not have corroborating affidavits to substantiate his asylum story.

4. Next, Immigration Judge in Eloy, AZ, affirmed negative credible fear finding by asylum officer, to enter **Order of Removal**, because petitioner was not given an opportunity to corroborate his testimony with officer records from his minority Political Party and Doctor. *See* **Exh. C.**

5. Next, petitioner hired an attorney to file petition for review of removal order, and get **Order to Stay** Removal, from the U.S. Court of Appeals for the 9th Circuit. *See* **Exh. C.**

6. Next petitioner's 9th Cir. attorney helped with discovery and obtained official records from petitioner's political party and doctor in India, to corroborate his asylum claim. *See* **Exh. A.**

7. **Petitioner contends** that his detention, lack of opportunity to timely engage an immigration attorney who spoke petitioner's language, lack of money to call India, **prevented petitioner to discover Corroborating Affidavits** from his political party and doctor to substantiate his asylum claim to the satisfaction of asylum officer or immigration judge who were **too quick to enter expedited removal order, without eliciting sufficient details** about his asylum claim under totality of circumstances, **depriving** petitioner of right to fair credible fear hearing under **the 5th Amendment procedural due process.**

2

PETITION FOR WRIT OF MANDAMUS

8.    **Jurisdiction** in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

9.    **Venue** is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the petitioner resides and where a substantial part of the events or omissions giving rise to petitioner's claim occurred. More specifically, Petitioner's application for ASYLUM – Form I-589-comprised set of questions by USCIS asylum officer about petitioner's political activities in India, petitioner's injuries or persecution caused by ruling political party members, for petitioner's failure to leave his minority political party (INLD Party) and join/support the ruling political party (BJP) in India. To Petitioner's knowledge, credible fear redetermination by asylum officer in consideration of the newly-discovered attached corroborating Certificates (as official records) in **Exhibit A** from his Political Party and Doctor remains are still pending with the Arlington Office of USCIS, where the asylum officer are located.

10.   **EXHAUSTION OF REMEDIES**: Petitioner has exhausted his administrative remedies. Petitioner has, through his attorney and local Congressman, made numerous inquiries concerning the status of the credible fear redetermination for petition I-589 but to no avail. *See* **Exh. D.**

## CAUSE

11.   Petitioner is over 21, native and citizen of India. He entered the United States without inspection from Mexico, was detained by ICE in Eloy, AZ, at LaPalma Detention Center, since unlawful entry, seeking political asylum.

12.   Petitioner is *prima facie* eligible for asylum claim, based on reasonable consideration of the corroborating affidavits by his political party and doctor, in Exh. A, which indicate irreparable harm to petitioner by ruling Govt. Political Party, because petitioner intends to remain active in his minority political party.

13.   USCIS Director's asylum officer received Petitioner's corroborating affidavits which show a clear probability of persecution.

14.   Petitioner still in detention in Eloy, Az, for over six months, awaits the decision of USCIS asylum officer.

3

15.   Petitioner's father and mother are in the USA, also seeking asylum, and have sought assistance of counsel to expedite decision by USCIS asylum, officer by consideration the newly discovered corroborating affidavits, in Exh. A.

16.   Exh. A affidavits clearly show, that Sandeep Punia escaped death, while some of his co-workers were killed by ruling Govt., party members.

17.   Petitioner had no alternative but, at the suggestion of some immigration judge, file the instant petition for writ of mandamus, to avoid irreparable harm to Sandeep Singh on immediate physical exclusion from USA for next 10 years, causing physical separation, extreme hardship to his U.S. Citizen wife and two minor children.

**PRAYER**

WHEREFORE, in view of the arguments and authority noted herein, Petitioner respectfully pray that the Defendants be Ordered to render its credible fear finding on the corroborating affidavits to permit pursuit of asylum claim before an immigration judge, and potential bond, or grant such other relief at law and in equity as justice may require.

Respectfully submitted,

*Sandeep*

SANDEEP PUNIA

Petitioner, In Pro Per

4

LIST OF ATTACHMENTS

| Exhibit | Description |
|---------|-------------|
| A | Newly discovered Corroborating Affidavits to establish credible fear of Persecution in pursuit of Asylum Claim |
| B | Immigration Judge Expedited Removal Order |
| C | 9th Cir. Order to Stay Removal, pemnding review |

PETITION FOR WRIT OF MANDAMUS



हरियाणा HARYANA                                    44AA 618363

Affidavit On Behalf

I, Shri ..., Sh. Dhara Singh, resident of VPO Sarsa, Tehsil Pehowa, Distt. Kurukshetra, Haryana India. I declare and affirm the following is true and correct:

1. That Mr. Sandeep Punia is my son. He was born on April 20th, 1993 in a Hindu Family. Our family is the supporter of Indian National Lok Dal (INLD) since a long time. My son Sandeep Punia was also the supporter of Indian National Lok Dal (INLD) party. This party did a lot more for the betterment of farmers, and it help the poor people lot like widows, it also hold camps for awareness of drugs and anti drugs campaigns, and financially help the poor people to marry their daughters.

2. Sandeep Punia was a very active worker of INLD party since February 2nd, 2017, and helped in putting up the tents and putting up the signs for the camps. Due to that he was harassed by the workers of opposition & ruling party named BJP. The opposition party promotes corruption and Drugs. They try to influence youngsters to join their party and promote illegal activities.

3. The workers of BJP party forced Sandeep Punia to abandon his party and join the BJP party, but Sandeep Punia always refused to do so. As he was very much dedicated to his party.

4. Sandeep Punia was attacked by the workers of BJP party two times. Once on April 13th, 2018. This time my son was come from his party's office and suddenly a car stopped at him and some people of BJP party came out from the car and told my son to leave his party i.e. INLD and join BJP, but when my son refused to join BJP, they all were angry and started to beat him. But when my son cries for help, then after hearing the cries of my son, some people from the nearby shops came at the spot for help of my son, but the attackers ran away from the spot, when they saw some people coming here. But while going from the spot they threatened my son to leave his party as soon as possible, otherwise we will kill you next time.

5. That once again they attacked upon my son on July 29th, 2018, when my son returning home after attending the blood donation camp, and then my son was on motor bike, and when my son was on they way, than a car stopped in front of his motor bike, and then some people came out from the car and they had hockey sticks in their hands, and they started to beat him with hockey sticks and hit him badly, then fortunately some people who were working in their agricultural field came at the incident place after hearing the crying of my son and they help him, and in the mean while the above said attackers ran away, but while going they threatened that today you have been saved, but next time, wherever we see you, we will shoot and kill you. After that we took him to the doctor for his medical treatment.

6. Sandeep Punia went to the police station along with me to file a complaint against the BJP party workers. The police did not take any action and told them to go back and they also told Sandeep Punia not to come back otherwise they will put him behind the bars in false charges.

7. After that the maternal uncle of my son took him to his home at Narwana in the last week of July 2018 and my son stayed with his uncle for some time.

8. That in the absence of my son, the BJP members came to my home and enquired whereabouts my son, but when we refused to tell them about my son, they threatened me that what we we find your son, we will definitely kill him. Unfortunately the BJP members search my son and then my son was not safe in his uncle's house and then my son left his uncle's house on August 17th, 2018 and went to Delhi and stayed in my friend's house until he left India (i.e. till September 4th, 2018).

9. After all these incidents Sandeep Punia left India as his life was in danger. Still we are receiving threats from BJP and they always threatened us that we will killed your son, if he come back to India.

10. I request the government of USA to let him stay in USA, as his life is not safe in India.

Deponent

**Verification**

Verified that the statements furnished above are true and correct to the best of knowledge and belief and nothing has been concealed therein. The preparer had read the contents of this affidavit in my native language and the facts are correct as I mentioned to the preparer in my native language.

ATTESTED

Notary

Deponent

DISTRICT NOTARY
ROHTAK



भारतीय गैर न्यायिक

पचास रुपये
रु.50

FIFTY RUPEES
Rs.50

INDIA NON JUDICIAL

हरियाणा HARYANA                                                 B 199924

### AFFIDAVIT OF MATERNAL UNCLE

I, Hoshiar Singh son of Shri Telu Ram resident of village Belarkhan, Tehsil NARWANA Distt. Jind, Haryana, India do hereby solemnly affirm and declare as under:

1. That Sandeep Punia son of Shamsher Punia resident of VPO Sarsa, Tehsil Pehowa, Distt. Kurukshetra, Haryana, India, is my maternal nephew (my sister's son) and he was born on April 20th, 1993.

2. That Mr. Shamsher Punia (father of Sandeep Punia) was a member of Indian National Lok Dal (INLD) political party for many years and Sandeep Punia joined this party on 2nd February 2017 under the influence of his father. Sandeep Punia was very active with his party activities.

3. That the opposition party to INLD is BJP party and the members of the BJP party didn't like my nephew's activities for INLD and threatened and beat him because they wanted him to quit his party and join their party, but my nephew continued his work for INLD.

4. That due to his activities in favour of INLD, the BJP's members always keep grudge with my Nephew and they wants to eliminate him and due to this reason they attacked my nephew twice, once on April 13th, 2018, and secondly on July 20th, 2018, and both time they beat him mercilessly and both time Sandeep had received multiple injuries on his body. After that he had received the medical attention w.e.f. 20th July 2018 to 24th July 2018.

5. That Sandeep Punia's family reported to the police after second attack i.e. (20th July 2018), but the police never helped him, because the police was also working under the wishes of BJP ( the ruling party of India).

VALID OUTSIDE INDIA

VIR BHAN   19/11/18
NOTARY, PEHOWA

6. That after this incident, my sister (Sandeep Punia's mother) called and asked us if Sandeep Punia could stay with us for some time and we agreed. Sandeep Punia came to our house in the last week of July 2018 and stayed with us until 17th August 2018 to save himself. After that Sandeep left my home and went to Delhi and then he had stayed Delhi until he left India.

7. That after this incident, we all were very scared for Sandeep Punia's safety and knew that his life would never be safe in India. Then his father's friend helped making arrangements for Sandeep to leave India. Sandeep Punia left India on September 5th, 2018 and reached the United States on 17th September 2018.

8. That if Sandeep Punia were to stay in India, he would be killed because the BJP party members are still harassing his family members about his whereabouts. So now I prayed the US government please grant him asylum in your country.

होशियार सिंह

Deponent

Verification:

Verified that the contents of my above affidavit are true and correct to the best of my knowledge and belief and nothing has been concealed therein.

Deponent   होशियार सिंह

ATTESTED

JIK BHAN
DISTRICT NOTARY



हरियाणा HARYANA   Affidavit of SARPANCH   44AA 618324

I, Karambir Singh, Sarpanch of Gram Panchayat Sarsa, Tehsil Pehowa, Distt. Kurukshetra, Haryana, India. I solemnly swear and affirm as under:

That I am citizen of India. Being a Sarpanch/ head of village I know all the activities of my village.

That Sandeep Punia and his family are resident of my village. Samdeep Punia was born on April 20th, 1993 at village Sarsa, Distt. Kurukshetra, Haryana, India. I know this family past many years. Sandeep Punia and his family follow Hindu religion, Sandeep Punia always helped the poor and needy people, he always motivate the young generation of the locality not to use the drugs, and his family was working with Indian National Lok Dal Party which is also known as INLD. Sandeep Punia had joined INLD on 23rd February 2017 as a worker. The ruling BJP party was always against INLD Party. Therefore the families associated with INLD, are being persecuted by the Indian government agencies. I know Sandeep Punia was also persecuted. Sandeep Punia was always targeted by the worker of BJP because of his political activities in favor of INLD.

That the BJP workers always pressurized Sandeep Punia to leave INLD, and join them and works for the betterment of BJP party, but Sandeep Punia did not accepted their proposal, so they harassed, tortured and beat him on various occasions. Once on April 13th, 2018, and second on July 20th, 2018. Both time, they beat him mercilessly, and both time, he had received multiple injuries on his body. The Police always refuse to help. In order to save life Sandeep Punia had left India and went to USA to save his life from the hands of BJP workers.

That I know currently Sandeep Punia is residing in USA and seeking asylum. I wish US government give him permission to stay forever in America because life of Mann party workers is not safe anywhere in India. I wish him good luck.

ATTESTED

Verification INDIA                                                   Deponent

VALID                            Mn ~ 9/4/18

Verified that the statements furnished above are true and correct to the best of knowledge and belief and nothing has been concealed therein.

VIR BHAN
DISTRICT NOTARY
PEHOWA

NOTARY PEHOWA                                              Deponent

SARPANCH
Gram Panchayat Sarsa
Block-Pehowa(KKR)



भारतीय गैर न्यायिक

दस रूपये रु.10    भारत    TEN RUPEES Rs.10

सत्यमेव जयते  INDIA

INDIA NON JUDICIAL

हरियाणा HARYANA

AFFIDAVIT OF WITNESS

46AA 866110

I, Rahul Malik son of Shri Rajesh Kumar, resident of VPO Sarsa, Tehsil Pehowa Distt. Kurukshetra, Haryana, India, do hereby solemnly affirm and declare as under :

1- That I am residing at village Sarsa, Tehsil Pehowa, Distt. Kurukshetra, Haryana, India. I know personally to Mr. Sandeep Punia son of Shamsher Punia resident of VPO Sarsa, Tehsil Pehowa, Distt. Kurukshetra, Haryana, India, as I am very close to his family and have personal knowledge of the family of Sandeep Punia and his family members are very kind and helpful.

2- Sandeep Punia was a very active worker of INLD party due to that he was harassed by the workers of opposition party (BJP). The opposition party promotes corruption and Drugs.

3- The workers of BJP party always forced Sandeep Punia to abandon his party and join the BJP party.

4- That I am aware that on April 13th, 2018 he was beaten badly by BJP workers and they threatened him to leave INLD. BJP workers had beaten him badly with sticks, so Sandeep Punia was badly injured.

5- Again once he was beaten by the BJP workers on July 20th, 2018. They beat him badly. Mr. Sandeep Punia had badly injured and received multiple injuries all over his body.

6- After then Sandeep Punia along with his father went to the police station to file a complaint against the BJP party workers. But the police did not take any action in this matter.

7- That the life of Sandeep Punia was not safe in India.

8- After all these incidents Sandeep Punia left India and went to United States as his life was in danger.

9- I have deep sympathy with the family, thus I hereby request the American authorities to kindly give shelter to Sandeep Punia and save his life, so that his family can live in peace.

Place: Pehowa

ATTESTED

Deponent

VALID ONLY IN INDIA
VIR BHAN
NOTARY, PEHOWA
Dated: 19/11/2018

Verification: Verified that the contents mentioned above are true and correct to the best of my knowledge and belief and nothing has been concealed therein.

DISTRICT N...
PEHOWA

Deponent



भारतीय गैर न्यायिक

दस रूपये
रु.10

भारत

TEN RUPEES
Rs.10

INDIA

**INDIA NON JUDICIAL**

हरियाणा HARYANA   Affidavit OF NAMBERDAR   44AA 618361

I, Baikar Singh, Namberdar of VPO Sarsa,  Tehsil Pehowa, Distt. Kurukshetra, Haryana, India. I solemnly swear and affirm as under:

That I am an Namberdar of village Sarsa, Tehsil Pehowa,  and according to Namberdar of village Sarsa, I know about the activities and situations happening in our village.

That I know Sandeep Punia son of Shamsher Singh. He is the resident of our village Sarsa, distt. Kurukshetra.  Sandeep Punia was a worker of Indian National Lok Dal (INLD) party, since 2nd February 2017.

3- He has being persecuted  by BJP ( the current ruling party) in the past for supporting and following his political party INLD in India, because of political activities.

The BJP party workers always forced Sandeep Punia to left the INLD and join BJP party and stop working for his party. Upon his refusal, he was attacked by the workers of opposition  i.e. BJP twice, once on Aril 13th, 2018, and second on July 20th, 2018, and I know very well that both time he had received internal injuries on his body.

5-    After that incident Sandeep Punia  along with his father, went to the police station to file a complaint against the attackers i.e. against the workers of BJP, but the police never helped them, as police were also attached with ruling party BJP and always works on the wishes of BJP and inspite of taking any action, they threatened Sandeep Punia that we will charged  false allegations against you, if you tried to lodge complaint against BJP. So Sandeep Punia had no hope  of justice from police.

That I am aware  that Sandeep Punia's  life is  under constant threat by BJP, due to which his family sent him to USA.

I request the government of USA to let him stay in USA as his life is not safe in India.

Verification

Verified that the statements furnished above are true and correct to the best of knowledge and belief and nothing has been concealed therein.

Notary

Numberdar Baleer
Vill Sarsa (Pehowa)
Distt. Kurukshetra
19/11/2018

Deponent
Numberdar Baleer
Vill Sarsa (Pehowa)
Distt. Kurukshetra
19/11/2018



हरियाणा HARYANA          Affidavit OF NAMBERDAR          46AA 866108

I, Duni Chand, Namberdar of VPO Sarsa, Tehsil Pehowa, Distt. Kurukshetra, Haryana, India. I solemnly swear and affirm as under:

1. That I am an Namberdar of village Sarsa, Tehsil Pehowa, and according to Namberdar of village Sarsa, I know about the activities and situations happening in our village.

2. That I know Sandeep Punia son of Shamsher Singh. He is the resident of our village Sarsa, distt. Kurukshetra. Sandeep Punia was a worker of Indian National Lok Dal (INLD) party, since 2nd February 2017.

3. He was being persecuted by BJP ( the current ruling party) in the past for supporting and following his political party INLD in India, because of political activities.

4. The BJP party workers always forced Sandeep Punia to left the INLD and join BJP party and stop working for his party. Upon his refusal, he was attacked by the workers of opposition i.e. BJP twice, once on Aril 13th, 2018, and second on July 20th, 2018, and I know very well that both time he had received internal injuries on his body.

5. After that incident Sandeep Punia along with his father, went to the police station to file a complaint against the attackers i.e. against the workers of BJP, but the police never helped them, as police was also attached with ruling party BJP and always works on the wishes of BJP and inspite of taking any action, they threatened Sandeep Punia that we will charged false allegations against you, if you tried to lodge complaint against BJP. So Sandeep Punia had no hope of justice from Police.

6. That I am aware that Sandeep Punia's life is under constant threat by BJP, due to which his family sent him to USA.

I request the government of USA to let him stay in USA as his life is not safe in India.

Verification                                              Deponent

Verified that the statements furnished above are true and correct to the best of knowledge and belief and nothing has been concealed therein.

Notary                                                   Deponent

DUNI CHAND NAMBERDAR

## SUPPLEMENTAL RECORD IN SUPPORT OF ASYLUM, WITHOLDING,

## CONVENTION AGAIN ST TORTURE, AS NEW RELIEF

## SET - LIST OF NEW Exhibits, ATTACHED

1. 9th Cir. Opinion Negative Credible Fear case

2. Indian National Lokdal (INLD) PARTY certifies on Nov. 8, 2018 that

   - Petitioner Punia  Joined INLD July 2, 2017

   - Petitioner's Cousin Manoj *Kumar* died on Feb. 6, 2014, due to
     BJP Party

   - Petitioner's Co-worker Ram *Kumar* died on Nov. 21, 2018, due
     to BJP Party

   - BJP Party  mercilessly beat petitioner on April 13, 2018,  &
     July 20, 2018, warning to kill him, for failure to join BJP Party
     and leave INLD Party

   - Police lodger FIR attached hereto for pettioner about attack

   - On return, petitioner will be persecuted/arrested by Govt
     political party opponents of INLD

3. Police Report – FIR about attack

4. Affidavits by Karambir, Shamsher, others

5. MUREJA CLINIC certificate for treatment of petitioner' injuries
   after BJP Party attack for refusal to join their party, leave INDL Par

7

IMMIGRATION COURT
3260 NORTH PINAL PARKWAY
FLORENCE, AZ 85132

In the Matter of:                    Case No:  A215-655-596

PUNIA, SANDEEP

                                IN: CREDIBLE FEAR REVIEW PROCEEDINGS

      Respondent

ORDER OF THE IMMIGRATION JUDGE

On Oct 24, 2018 at 1:30 P.M. a review of the DHS Credible Fear Determination
was held in the matter noted above.  Testimony [X] was  [ ] was not
taken regarding the background of the Applicant and the Applicant's fear
of returning to his/her country of origin or last habitual residence.

After consideration of the evidence, the Court finds that the Applicant
[ ] has  [X] has not established a significant possibility that he/she
would be persecuted on the basis of his/her race, religion, nationality,
membership in a particular social group, or because of his/her political
opinion.

The Court further finds that the Applicant [ ] has  [X] has not
established a significant possibility that he/she would be intentionally
subjected to serious physical or mental harm inflicted by, or at the
instigation of, or with the consent or acquiescence of, a government official
or other person acting in an official capacity.

ORDER:  It is hereby ordered that the decision of the immigration officer is:

    [X]  Affirmed, and the case is returned to the DHS for removal of the
       alien.

    [ ]  Vacated.

    This is a final order.  There is no appeal available.

DONE and ORDERED this ___24___ day of __Oct____ 20_18_

                                 SEAN H. KEENAN
                                 Immigration Judge

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)     PERSONAL SERVICE (X)
TO: [X] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [X] DHS
DATE: __10/24/18__    BY: COURT STAFF _XK_
    Attachments: [ ] EOIR-33 [ ] EOIR-28  [ ] Legal Services List  [ ] Other

                                                                   U2

**(INLD)**

# Kuldip Singh Multani

**Distt. President**

# INDIAN NATIONAL LOKDAL

## Distt. Kurukshetra, Haryana (INDIA)

O/o Salarpur Road, Near Anaj Mandi , Bye-Pass, Kurukshetra (HR)

M. 98967-27056   E-mail : inldkkr@gmail.com

Ref. No. INLD/KKR/65/2018                                     Dated: 08-11-2018

### TO WHOM IT MAY CONCERN

It is certified that Sandeep Punia son of shri Shamsher Punia Resident of VPO Sarsa, Tehsil Pehowa, Distt. Kurukshetra (Haryana), is active member of our party since February 2nd, 2017. He is very honest and hard worker of our party. He uses to organize the meetings of the party and also to advertise the policies of the party, he uses to paste the posters and the banners of the party. Sandeep Punia also convincing the people specially youth to join the Indian National Lokdal, because INLD is the only party which is working for the upliftment of farmers, women and youth.

The people specially youth were joining the Indian National Lokdal under his influence/guidance, so the BJP workers (which is the ruling party in India as well as in Haryana) were annoyed with Sandeep Punia. The BJP worker said Sandeep Punia to stop working for INLD and join the BJP. But Sandeep Punia refused to do so, and continuously working for the party.

BJP worker thus harassed Sandeep Punia even forced him to live India.

I wish him all the best in his life.

KULDIP SINGH
Distt. President
INLD Kurukshetra (Haryana)

Scanned by CamScanner

RESTRICTED Case: 19-70608, 04/01/2019, ID: 11248406, DktEntry: 7, Page 48 of 54

S. № 158215



Regn./Roll No. 0910017042

# HARYANA STATE BOARD OF TECHNICAL EDUCATION

## DIPLOMA

Sh./ Ms. ___SANDEEP PUNIA___

Son/Daughter of Shri ___SHAMSHER PUNIA___ (FATHER)

and Smt. ___BIRMATI PUNIA___ (MOTHER)

Having completed the prescribed ___THREE___ year Diploma

Course of instruction in ___MECHANICAL ENGINEERING___

at ___Polytechnic Education & Training Institute, Kurukshetra___ and

Having passed the Final State Board Examination in ___JUNE - 2014___

in the ___SECOND___ Division securing ___4255___ marks out of ___7250___

is hereby awarded the Diploma.

Place : PANCHKULA.     CONTROLLER OF EXAM.     ADDITIONAL SECRETARY

WIKIPEDIA

# Indian National Lok Dal

The **Indian National Lok Dal (INLD)** is a political party in India, in the state of Haryana. INLD was founded in October 1996 as **Haryana Lok Dal (Rashtriya)** by Choudhary Devi Lal, who served as Deputy Prime Minister of India in the V.P. Singh's Cabinet and Chief Minister of Haryana twice. His son Om Prakash Chautala is the president.

## Contents

History
List of Chief Minister
References
External links
External links

## History

Chaudhary Devi Lal founded the Bharatiya Lok Dal in 1974 after winning the election from Rori constituency to the Haryana Legislative Assembly, while the INLD was founded in the year 1987 after assembly election. The 1982 and 1987 elections were fought under the name Lok Dal (LKD). The party renamed into its current name in 1998. The party was a member of the National Democratic Alliance (NDA), and thus part of the Bharatiya Janata Party led government from 1998 to 2004 at the Federal level.

INLD has performed poorly in all the four consecutive general elections held since 1998.[3] It lost consecutive assembly elections for Haryana in 2005, 2009 and 2013. It failed to win any seats in Lok Sabha in 2004 and 2009 general elections, despite being in alliance with Bharatiya Janata Party in 2009.[4]

In the Lok Sabha elections 1999, the INLD had an electoral alliance with BJP in Haryana. Each party contested five of the ten seats in the state. All ten were elected.

· the fifth time. In the Later, INLD broke its

na, Rajasthan, Uttar andidates in Haryana votes in Rajasthan, 4 s lone candidate UT

its majority, winning [6] In 2009, the INLD won 31 seats.[7]

ere sent jail after a New Delhi court sentenced them to ten years on of Corruption Act.[8][9][10]

| Indian National Lok Dal | |
|---|---|
| इंडियन नेशनल लोकदल | |
| Abbreviation | INLD |
| Chairperson | Om Prakash Chautala |
| Rajya Sabha leader | Ram Kumar Kashyap |
| Founder | Chaudhary Devi Lal |
| Founded | 1996 |
| Preceded by | Janata Dal |
| Headquarters | 18, Janpath, New Delhi, India-110011. |
| Ideology | Social liberalism Regionalism |
| Political position | Centre |
| ECI Status | State Party[1] |
| Alliance | Janata Parivar (2015 – present) |
| Seats in Lok Sabha | 2 / 545 |
| | [2](currently 520 members + 1 Speaker) |
| Seats in Rajya Sabha | 1 / 245 |
| Seats in Haryana Legislative Assembly | 18 / 90 |
| Election symbol | |
|  | |
| Website | |
| inld.co.in (http://inld.co.in) | |
| Politics of India | |
| Political parties | |
| Elections | |



tps://www.samaykitaqat.com

समय की ताकत
SamayKiTaqat.com

23 जून॰ 2018

## संदीप पुनिया पर हुए हमले का कोई सुराग नही, कार्यवाही शुन्य

कुरुक्षेत्र (समय की ताकत) जिला के गांव सारसा के संदीप पुनिया पर हुए हमले का कोई सुराग नही लगा, पुलिस अभी तक हमलावरों के खिलाफ कोई कार्यवाही नही कर पाई है। यह जानकारी देते हुए संदीप पुनिया के पिता धमशेर पुनिया ने बताया कि उन्का बेटा संदीप पुनिया इण्डियन नैशनल लोकदल पार्टी का वर्कर है दिनांक 20 जुलाई 2018 को मेरा पुत्र संदीप पुनिया इण्डियन नैशनल लोकदल पार्टी की मीटिंग व रक्तदान शिविर में कुरुक्षेत्र गया था, वह पार्टी मीटिंग निपटाकर व रक्तदान शिविर में रक्तदान कर वहां से वापा गांव दिवाना अपनी मोटर साईकिल से गांव सारसा लौट रहा था। तो गांव दिवाना के पास ही गांव सारसा के ही अर्जुन सिंह व रणधीर सिंह पुत्र रामधारी के अन्य चार-पाच लोग कार में आए। ये सभी भारतीय जनता पार्टी के लोग थे, उन्होने मेरे पुत्र संदीप पुनिया को रास्ते में ही रोक कर लाठी व डंडो से मारपीट की, और कहने लगे कि यदि तुने इण्डियन नैशनल लोकदल पार्टी का प्रचार करना नही छोड़ा तो तुझे जान से मार देंगे। जब संदीप चिल्लाया तो, इग्नड्डा होते देख नजदीक खेतो में कार्य कर रहे लेबर के कुछ लोग इक्कठा होकर वहां पर आ गए। लोगो को इक्कठा होते देख कर वे सभी लोग मेरे पुत्र संदीप पुनिया को इण्डियन नैशनल लोकदल पार्टी का प्रचार करना ना छोडने पर जान से मारने की धमकी देकर कर वहां से भाग गए। तुरन्त मामले की शिकायत कराई साहब चौकी में दी गई। पुलिस द्वारा रपट लिख कर ए.एस.आई गुरदेव सिंह को केस सौंप दिया गया। जांच अधिकारी ए.एस आई गुरदेव सिंह ने मौका पर जाकर हालातों की जांच की, जांच अधिकारी ने बताया कि मामले की जांच चल रही है।

* **क्या कहना है चौंकी इंचार्ज का ?**

जब इस बारे चौकी इंचार्ज से हमारे संवाददाता ने नामला जानना चाहा तो उन्होनें इस बारे कोई बात नही की, ना ही किन्सी जांच का आश्वासन ही दिया।

एक टिप्पणी भेजें

सदस्यता लें टिप्पणियां भेजें (Atom)



## TRANSLATION FROM HINDI TO ENGLISH

Name of News Paper                     Samay Ki Taqat
Date:                                  23rd July 2018

### THERE IS NO CLUE OF ATTACK UPON SANDEEP PUNIA
### PROCEEDING NIL

Kurukshetra (Samay Ki Taqat)   There was no clue about the attack on andeep Punia, who is the resident of Village Sarsa of Distt. Kurukshetra.  Still the police was failed to take any action in this regard.  While giving information the father (Shamsher Punia) of Sandeep Punia, told that his son Sandeep Punia is the worker of  Indian National Lok Dal party.  On dated 20th July 2018, my son Sandeep Punia  had gone to Kurukshetra for the blood donation camp/meeting which was organized by  party and   when he was coming home via Diwana, after completing his blood donation camp/meeting on his motor cycle, so  then near village Diwana Mr. Agrej Singh & Randhir Singh sons of Ramdhari and some four-five other people had attacked upon Sandeep Punia on the  road and they beat him with wooden sticks and told him  that  stop working for Indian National Lok Dal, and if you don't stop working/publicity of Indian National Lok Dal, then we will kill you.  Mr. Sandeep Singh was cries  for help then some labour who were working near the incident place in their fields came  at the spot and  in the mean time while seeing the people coming there, the attackers ran away from the spot, and at the time of going from the spot they threatened Sandeep Punia  to stop the publicity of Indian National Lok Dal, otherwise next time we will definitely kill you.  Immediately we informed the Police Chowki Kara Sahab regarding this incident, and after lodging the report, the police handover the case to A.S.I. Gurdev Singh. Investigation officer  A.S.I.  Gurdev Singh had investigated the matter on the spot and I.O. told that we are still investigating the matter.

### Remarks of Chowki  Incharge

When  our press report  tried  to get the information regarding this case from Chowki Incharge,  so they  do not  tell any thing about the same and they promised to investigate the matter in a proper way.

ATTESTED to be true translation
from—Hindi——to——English

VIR BHAN 9/10/18
District Notary, Kurukshetra

Mob.094672-75057

Regd.No. 11993

Dated-19-05-1971

# MUREJA CLINIC

## # 679/8, URBAN ESTATE, KURUKSHERTA

Dr. N.C. Mureja

M.B.B.S.
Ex. H.C.M.S.-1
Ex. S.M.O., L.N.J.P. Hospital,

**TIMINGS**

Summer: 08:00 a.m. to 01:00 p.m
05:00 p.m. to 08:00 P.m,
winter:  09:00 a.m. to 02:00 p.m
04:00 p.m. to 07:00 p.m

Date of issue:- 31/8/2018

## To whom it may concern

Certified that Mr Sandeep Punia 24yrs/Male S/o Sh. Shamsher Punia r/o Village Sarsa (Distt. Kurukshetra- Haryana —India) needs Emergency medical care and objective testing (Blood Test, X-ray, and MRI). He has been confined to home for three months for recovery from insomnia, anxiety, and depression and also for good diet, therapy and rest.

I know his medical history including injuries (Internal injuries, head injuries, body injuries, abrasions and bruises, and swelling over back of chest , back of right thigh and back of lower limb).

His condition became worse for lack of rest diet and specialist treatment. Patient attendant willing to pay for the above testing and treatment .Patient does not appear suicidal or threat to anyone.

31/8/2018

DR. N. C. MUREJA
M.B.B.S., Ex. H.C.M.S.-I
Ex. S.M.O., LNJP Hosp· ·
KURUKSHETRA

RESTRICTED Case: 19-70608, 04/01/2019, ID: 11248406, DktEntry: 7, Page 32 of 54

Mob.: 094672-75057

Regd. No. 11993
Dated: 19-05-1971



# MUREJA CLINIC

## # 679/8, URBAN ESTATE, KURUKSHETRA

email: drncmureja1@gmail.com

Dr. N.C. Mureja
M.B.B.S
Ex. H.C.M.S.-1
Ex. S.M.O., L N J.P. Hospital
Date of Issue: 5/07/2018

TIMINGS
Summer: 7.00 Am to 9.00 Am
7.00 Pm to 9.00 Pm
Winter: 8.00 Am to 10.00 Am
6.00 Pm to 8.00 Pm

## To whom it may concern

Certified that Mr Sandeep Punia 25yrs Male (D.O.B: 07.07.1993) s/o Sh. Shamsher Punia r/o Village Sarsa (Distt. Kurukshetra, Haryana) has sustained multiple blunt injuries on 20.07.2018 upon his person. His injuries were on his back of skull, back of chest and back of right thigh and right lower limb. He has under gone treatment in this clinic from 20.07.2018 to 24/07/2018. In the treatment, he was given the following medicines :-

1. I/V fluids (Dextrose 5% 2 bottle and DNS 1 bottle)
2. Injection Aqua-Dol 1 amp. I.M State Sos
3. Tablet Zerodol-TH 1BD
4. Capsule Pregacip-M Sig 1BD
5. Orthodex Gel (Cream) Sig Locally TDS

On 24/07/2018, he was advised to have complete bed rest at home for two weeks along with regular medicine, proper diet and proper nursing care.

for.

DR. N. C. MUREJA
M.B.B.S., Ex. H.C.M.S.-1
Ex. S.M.O., LNJP Hospital
KURUKSHETRA

Scanned by CamScanner



UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION

No. 23282388

A037516323

*Personal description of holder as of date of issuance of this certificate: Date of birth April 27, 1950 sex FEMALE*

*complexion ...... color of eyes ...... color of hair ...... height ...... feet ...... inches*

*weight ...... pounds; visible distinctive marks ...... Marital status WIDOWED*

*Country of former nationality PAKISTAN*

[Seal]

*Be it known, that IRSHAD BIBI ASLAM*

*residing at 2330 S 7TH ST PHILADELPHIA PENNSYLVANIA 19148*

*having applied to the Director, U. S. Citizenship and Immigration Services, for a Certificate of Naturalization and having found to the satisfaction of the Director that is/he:*

COMPLIED WITH THE APPLICABLE PROVISIONS OF SUCH NATURALIZATION AND WAS ENTITLED TO BE ADMITTED TO CITIZENSHIP; SUCH PERSON HAVING TAKEN THE OATH OF ALLEGIANCE IN A CEREMONY CONDUCTED BY THE U S IMMIGRATION AND NATURALIZATION SERVICE

AT PHILADELPHIA, PENNSYLVANIA ON MARCH 12TH, 1998

*Now Therefore, in pursuance of the authority contained in Section 310( ) of the Immigration and Nationality Act, this Certificate of Naturalization is issued this 25TH day of January 2010.*

*and the seal of the Department of Homeland Security affixed pursuant to statute.*

Alejandro N. Mayorkas
Director U.S. Citizenship and Immigration Services

1492074

IT IS PUNISHABLE BY U S LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N-550 (Rev. 04-08)

DEPARTMENT OF HOMELAND SECURITY

# AFFIDAVIT OF SUPPORT BY SPONSOR IN USA FOR BOND

I, *IRSHAD ASLAM* U.S. Citizen, declare that

1. *SANDEEP PUNIA* ^ *215655596* born in India, is my cousin, herein referred to as Respondent.

2. Respondent is detained at ICE Detention, since entering United States without inspection, for seeking political aslum, as his co-workers(s) were persecuted to death by ruling political party members for refusdal to support/join their party.

3. As sponsor/relative of Respondent, I assure the United States Government with a **reasonable bond** that Respondent will not become a public charge while in the United States, and will not become a flight risk or miss court or DHS appointment.

4. I am willing and able to provide Respondent with cost of housing, food, health insurance, travel, as long as necessary, while he remains in the United States.

5. On release, he is welcome to stay with me any time as permanent place of residence. with address as

c/o *2330 SOUTH 7th street* phone *267-690-2765*
*PHILADELPHIA      PA 19148*

6. My tax return is attached.

7. Respondent may receive correspondence or Hearing Notices at my above address.

8. I promise to make every effort to inform Respondent of and enable him to appear at any future court hearings or immigration appointments in the United States.

I, affiant, swear or affirm that I know the contents of this affidavit and statements made herein are true and correct to the best of my knowledge.

*IRSHAD·B·ASLAM*
Sponsor: _____

STATE OF *PA* , COUNTY OF *PHZA*

Subscribed and sworn to (or affirmed) before me on this *8* day of **April**____2019, by

(1) *R.L. PACUMBO*
Name(s) of Signer(s)
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*R.L. Palumbo*
Signature of Notary Public

Commonwealth of Pennsylvania - Notary Seal
ROBERT L. PALUMBO, Notary Public
Philadelphia County
My Commission Expires October 20, 2022
Commission Number 1228303

Form **1040**  Department of the Treasury—Internal Revenue Service  (99)
**U.S. Individual Income Tax Return**  **2016**  OMB No. 1545-0074

For the year Jan. 1 - Dec. 31, 2016, or other tax year beginning

Your first name and initial: IRSHAD ASLAM
Last name: ASLAM

Your social security number: 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
Spouse's social security number:

Home address (number and street): 2330 SOUTH 7TH STREET

City, town or post office, state, and ZIP code: PHILADELPHIA, PA 19148

**Presidential Election Campaign**

**Filing Status**
1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child

Check only one box

| Copy C for EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B) | OMB No. 1545-0008 | |
|---|---|---|
| a Employee's soc sec no. 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 | 1 Wages, tips, other comp 10404.00 | 2 Federal income tax withheld 815.70 |
| b Employer ID number (EIN) 26-4050304 | 3 Social security wages 10404.00 | 4 Social security tax withheld 645.00 |
| | 5 Medicare wages and tips 10404.00 | 6 Medicare tax withheld 150.84 |
| c Employer's name, address, and ZIP code | | |
| Allah Hus Samad, Inc. 2330 South Seventh Street Philadelphia, Pa 19148 | | |
| d Control number | | |
| e Employee's name, address, and ZIP code | | |
| Irshad Aslam 2330 South 7th Street Philadelphia, Pa 19148 | | |
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee Retirement plan Third-party sick pay | 14 Other Pennsyl 10.44 | 12b Code 12c Code 12d Code |
| PA 94243213 | 10404.00 | 319.44 |
| 15 State Employer's state I.D. number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. 10404.00 | 19 Local income tax 406.32 | 20 Locality name Phila Res |

Form W-2 Wage and Tax Statement **2016**  Dept. of the Treasury—IRS

Dependent, do not check box 6a

Boxes checked on 6a and 6b: 1
No. of children on 6c who: lived with you: 2

| (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit |
|---|---|---|
| -82-5926 | Grandchild | X |
| -80-0552 | Grandchild | X |

Dependents on 6c not entered above

Add numbers on lines above ▶ 3

| 7 | 10,404. |
| 8a | |
| 9a | |
| 10 | |
| 11 | |
| 12 | 15,682. |
| 13 | |
| 14 | |
| 15b Taxable amount | |
| 16b Taxable amount | |
| 17 | 10,368. |
| 18 | |
| 19 | |
| 20b Taxable amount | |
| 21 | |
| 22 | 36,454. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | 1,108. |
| 28 Self-employed SEP, SIMPLE, and qualified plans | |
| 29 Self-employed health insurance deduction | |
| 30 Penalty on early withdrawal of savings | |
| 31a Alimony paid b Recipient's SSN ▶ | 31a |
| 32 IRA deduction | 32 |
| 33 Student loan interest deduction | 33 |
| 34 Tuition and fees. Attach Form 8917 | 34 |
| 35 Domestic production activities deduction. Attach Form 8903 | 35 |
| 36 Add lines 23 through 35 | 36 1,108. |
| 37 Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 35,346. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDIA0112L   12/05/16   Form 1040 (2016)

CONDUENT STATE & LOCAL SOLUTIONS, INC.
PO BOX 80469
AUSTIN, TX 78708

IRSHAD SLAM
2330  S 7TH ST
PHILADELPHIA, PA 19148

☐ CORRECTED (if checked)

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | | |
|---|---|---|---|
| CONDUENT STATE & LOCAL SOLUTIONS, INC.<br>PO BOX 80469<br>AUSTIN, TX 78708 | FILER'S federal identification no.<br>13-1996647 | OMB No. 1545-2205 | **Payment Card** |
| | PAYEE'S taxpayer identification no.<br>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 | **2017** | **and Third Party Network Transactions** |
| | 1a Gross amount of payment card/third party network transactions<br>$12,843.87 | Form 1099-K | |

| Check to indicate if FILER is a (an): | | Check to indicate transactions reported are: | | 1b Card Not Present transactions<br>$0.00 | 2 Merchant category code<br>5399 | **Copy B** |
|---|---|---|---|---|---|---|
| Payment settlement entity (PSE) | X | Payment card | | 3 Number of payment transactions<br>621 | 4 Federal income tax withheld<br>$3,643.42 | **For Payee** |
| Electronic Payment Facilitator (EPF)/Other third party | | Third party network | X | | | This is important tax information and is being furnished to the Internal |

| PAYEE'S name, street address, city or town, state or province, country, and ZIP or foreign postal code | 5a January<br>$4,999.68 | 5b February<br>$1,816.83 | Revenue Service. If you are required to file a |
|---|---|---|---|
| IRSHAD SLAM<br>2330  S 7TH ST<br>PHILADELPHIA, PA 19148 | 5c March<br>$2,885.50 | 5d April<br>$2,516.16 | return, a negligence penalty or other sanction may be |
| | 5e May<br>$625.70 | 5f June<br>$0.00 | imposed on you if taxable income |
| | 5g July<br>$0.00 | 5h August<br>$0.00 | results from this transaction and the IRS |
| PSE'S name and telephone number | 5i September<br>$0.00 | 5j October<br>$0.00 | determines that it has not been reported. |
| | 5k November<br>$0.00 | 5l December<br>$0.00 | |

| Account number (see instructions)<br>0005006156 | 6 State<br>PA | 7 State identification no. | 8 State income tax withheld<br>$0.00 |
|---|---|---|---|

| Form 1099-K | (keep for your records) | www.irs.gov/form1099k | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|

## 1099-K Instructions for Payee

You have received this form because you have either: (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSE), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

Payee's taxpayer identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

Account number. May show an account number or other unique number the PSE assigned to distinguish your account.

Box 1a. Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

Box 1b. Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, card not present transactions will not be reported.

Box 2. Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

Box 3. Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

Box 4. Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number (TIN) or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505, 505. Include this amount on your income tax return as tax withheld.

Boxes 5a-5l. Shows the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

Boxes 6-8. Shows state and local income tax withheld from the payments.

Future developments. For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099k.

Page 1 of 1

Scanned by CamScanner

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

2017
For calendar year 2017, or tax year

Final K-1    Amended K-1

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate Instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| 1 | Ordinary business income (loss) 8,100 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |

## Part I   Information About the Corporation

A   Corporation's employer identification number
90-0179898

| 4 | Interest income | | |
| 5a | Ordinary dividends | | |

B   Corporation's name, address, city, state, and ZIP code
LASANI, INC.

96 W. 15TH STREET
CHESTER          PA  19013

| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |

C   IRS Center where corporation filed return
Cincinnati, OH  45999

## Part II   Information About the Shareholder

| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |

D   Shareholder's identifying number
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

| 9 | Net section 1231 gain (loss) | | |

E   Shareholder's name, address, city, state, and ZIP code
IRSHAD B. ASLAM
2330 S. 7TH STREET

PHILADELPHIA        PA  19148

| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |

F   Shareholder's percentage of stock
ownership for tax year .............. 50.000000 %

| 11 | Section 179 deduction | 16 | Items affecting shareholder basis D   8,000 |
| 12 | Other deductions | | |
| | | 17 | Other information |

For IRS Use Only

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    www.irs.gov/Form1120S          Schedule K-1 (Form 1120S) 2017

DAA

Scanned by CamScanner